2706.  SOUTHERN RAILWAY COMPANY v. RICHEY.

HILL, C. J.  The only reasonable inference from the evidence was that the plaintiff's mule was killed by the running of the defendant's loco-motive and cars; and the presumption of negligence, raised thereby under section 2321 of the Civil Code of 1895, was not satisfactorily re-butted.  There is no complaint of any error of law.

*Judgment affirmed.*

DECIDED NOVEMBER 29, 1910.

Action for damages; from city court of Floyd county—Judge Hamilton.  May 18, 1910.

*Maddox, McCamy & Shumate, George A. H. Harris & Son,* for plaintiff in error.  *Lipscomb, Willingham & Wright,* contra.